UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NICORDO FOLKES,

    Plaintiff,

v.                                       Case No. 3:22cv10880-LC-HTC

C. MAIORANA, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 8, 2022 (ECF No. 3), recommending that this case be transferred to the United States District Court for the Southern District of Florida. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. The clerk is directed to TRANSFER this case to the United States District Court for the Southern District of Florida.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 23rd day of August, 2022.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv10880-LC-HTC